[No. 6826-9-III. Division Three. January 23, 1986.]

DAVID L. HALL, ET AL, *Appellants,* v. RALPH R. REDDING, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 82-2-03105-9, Harold D. Clarke, J., entered November 26, 1984. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Thompson, J.

[No. 7294-7-II. Division Two. January 24, 1986.]

ABOLGHASEM NAHANI, ET AL, *Respondents,* v. KENNETH E. BOREK, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83-2-00836-6, E. Albert Morrison, J., entered August 26, 1983. *Reversed* by unpublished opinion per Reed, J., concurred in by Worswick, C.J., and Alexander, J.

[No. 7264-5-II. Division Two. January 24, 1986.]

ROYAL ARMS APARTMENTS, LTD., *Respondent,* v. ANNETTE ASAAD, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83-2-03403-1, Waldo F. Stone, J., entered September 8, 1983. *Dismissed* by unpublished opinion per Reed, J., concurred in by Worswick, C.J., and Petrich, J.